## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **PEDRO SANCHEZ VARGAS,**<br>        *Petitioner*,<br><br>        v.<br><br>**DAVID O'NEILL,** *Field Office Director of Enforcement and Removal Operations, Philadelphia Field Office, Immigration and Customs Enforcement*, et al,<br>        ***Respondents.*** | **Civ. No. 25-7094** |

## ORDER

**AND NOW**, this 18th day of December 2025, upon consideration of Petitioner's Emergency Petition for Writ of Habeas Corpus (ECF No. 1), it is hereby **ORDERED** that Respondents shall respond to the petition by December 23, 2025.  Petitioner shall file his reply, if any, by December 30, 2025.

**BY THE COURT:**

_____
MARY KAY COSTELLO
United States District Judge