IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PEDRO SANCHEZ VARGAS<br>*Plaintiff*<br><br>v.<br><br>DAVID O'NEILL, et al<br>*Field Office Director of Enforcement and Removal Operations, Philadelphia Field Office, Immigration and Customs Enforcement*<br>*Defendants* | Case No. 25-7094 |

## ORDER

**AND NOW**, this 23rd day of December, 2025, it is **ORDERED** that counsel for the parties are to appear for a status conference on January 6, 2026 at 2:00 p.m., in Chambers Room 6614, 6th floor at the James A. Byrne United States Courthouse located at 601 Market Street, Philadelphia, PA 19106.

BY THE COURT:

_____
MARY KAY COSTELLO
United States District Judge