IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PEDRO SANCHEZ VARGAS,<br>      *Petitioner*,<br><br>v.<br><br>DAVID O'NEILL, *Field Office Director of Enforcement and Removal Operations, Philadelphia Field Office, Immigration and Customs Enforcement*, et al,<br>      *Respondents*. | Civil No. 25-7094 |

## ORDER

**AND NOW**, this 14th day of January, 2026, upon consideration of the Emergency Petition for Writ of Habeas Corpus (ECF No. 1) of Pedro Sanchez Vargas, and the response and reply thereto, it is hereby **ORDERED** as follows:

1. The petition is **GRANTED** for the reasons stated in the accompanying memorandum.

2. Vargas is not subject to mandatory detention under 8 U.S.C. § 1225, and is instead subject to detention, if at all, under the discretionary provisions of 8 U.S.C. § 1226(a).

3. The Government shall **RELEASE** Vargas from custody immediately and certify compliance with this Order on the docket no later than 5:00 p.m. on January 15, 2026.

4. The Government is temporarily enjoined from re-detaining Vargas for seven days following his release from custody.

5. If the Government chooses to pursue re-detention of Vargas after the seven-day period, it must first provide him with a bond hearing under 8 U.S.C. § 1226(a),

at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings.

6. The Government cannot remove, transfer, or otherwise facilitate the removal of Vargas from the Eastern District of Pennsylvania before the ordered bond hearing. If the immigration judge determines that Vargas is subject to detention under 8 U.S.C. § 1226(a), the Government may request permission from the undersigned to move Vargas if unforeseen or emergency circumstances so require. Any such request must include an explanation for the request as well as a proposed destination.

7. The Clerk of Court shall mark this case **CLOSED**.

**BY THE COURT:**

_____
MARY KAY COSTELLO, J.